721 A.2d 1

IN THE MATTER OF LUBA ANNENKO, AN ATTORNEY AT LAW.

December 16, 1998.

## ORDER

This matter having come before the Court on an application by respondent for single-Justice emergent relief pursuant to *Rule* 2:9-8, seeking to stay the Court's Order filed November 19, 1998, that directs that respondent be suspended from practice for a period of three months effective December 15, 1998, and good cause appearing;

It is ORDERED that the motion for a temporary stay of the Order of suspension filed November 19, 1998, is granted, pending further Order of the Court.